**Barry Glenn GUIER, Respondent,**

v.

**Janet R. GUIER, Appellant.**

**Nos. WD 52563, WD 52616.**

Missouri Court of Appeals,
Western District.

Sept. 16, 1997.

James T. Buckley, Sedalia, Nancy A. Beardsley, Independence, for Respondent.

Robert C. Paden, Independence, for Appellant.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### Order

PER CURIAM.

Appeal from the division of property and child support provisions in a decree of dissolution.

Affirmed. Rule 84.16(b).